1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME P. ARAUJO, et al.,                    No. C 08-00695 CW

          Plaintiffs,                       CLERK'S NOTICE
                                            CONTINUING CASE
     v.                                     MANAGEMENT
                                            CONFERENCE
NATIONAL CITY MORTGAGE COMPANY,

          Defendant.
_____/

     Notice is hereby given that the case management conference,
previously set for May 6, 2008, is continued to May 8, 2008, at
2:00 p.m., to be heard along with National City Mortgage Company's
Motion to Dismiss Petition for Failure to State a Claim Upon Which
Relief Can Be Granted, in Courtroom 2, 4th Floor, 1301 Clay Street,
Oakland, CA 94612.


Dated:    4/24/08                    _Sheilah Cahill_____
                                    SHEILAH CAHILL
                                    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAIME P ARAUJO et al,

        Plaintiff,

  v.

NATIONAL CITY MORTGAGE CO et al,

        Defendant.
_____/

Case Number: CV08-00695 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamie P. Araujo
Rosa A. Araujo
17 Dunsmuir Street
San Francisco, CA 94134

Kelly Andrew Beall
Wolfe & Wyman LLP
5 Park Plaza
Suite 1100
Irvine, CA 92614

Dated: April 24, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California