IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME P. ARAUJO, ROSA A. ARAUJO Sramineus Homo, US Vessel,<br><br>    Libellants<br><br>  v.<br><br>NATIONAL CITY MORTGAGE CO., US Vessel DOES, ROES, and MOES 1-100 et al., US Vessels<br><br>    Libellees._____/ | No. C 08-0695 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

    Defendant National City Mortgage Co. moves to dismiss the "Petition for Libel Review of an Administrative Judgment" filed by Plaintiffs Jaime and Rosa Araujo.  Plaintiffs have not filed an opposition to Defendant's motion.  Having considered Defendant's papers, the Court GRANTS the motion.

    Plaintiffs' petition is largely unintelligible.  Although it purports to seek review of a foreign judgment, it does not identify any such judgment.  And while Plaintiffs cite a broad range of statutes, the Constitution and the Bible, the primary bases for the petition appear to be maritime and admiralty law.  Any such claims fail because Plaintiffs have not identified any

actions that may have taken place on navigable waters.

Accordingly, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the petition is dismissed for failure to state a claim. Because any amendment would be futile, the dismissal is with prejudice. The hearing scheduled for May 8, 2008 is vacated. The Clerk of the Court shall enter judgment for Defendant and close the file. Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: 4/29/08

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAIME P ARAUJO et al,

        Plaintiff,

v.

NATIONAL CITY MORTGAGE CO et al,

        Defendant.

Case Number: CV08-00695 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamie P. Araujo
Rosa A. Araujo
17 Dunsmuir Street
San Francisco, CA 94134

Kelly Andrew Beall
Wolfe & Wyman LLP
5 Park Plaza
Suite 1100
Irvine, CA 92614

Dated: April 29, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3