IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME P. ARAUJO, ROSA A. ARAUJO, Sarmineus Homo, US Vessel,<br><br>    Libellants,<br><br>  v.<br><br>NATIONAL CITY MORTGAGE CO., US Vessel DOES, ROES AND MOES 1-100 et al., US Vessels,<br><br>    Libellees.<br>_____/ | No. C 08-00695 CW<br><br>**JUDGMENT** |

    For the reasons set forth in this Court's Order Granting Defendant's Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Libellants JAIME P. ARAUJO and ROSA A. ARAUJO, Sramineus Homo, US Vessel, take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 29th day of April, 2008.

                              RICHARD W. WIEKING
                              Clerk of Court

                By: _____
                         SHEILAH CAHILL
                         Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAIME P ARAUJO et al,

        Plaintiff,

v.

NATIONAL CITY MORTGAGE CO et al,

        Defendant.

Case Number: CV08-00695 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamie P. Araujo
Rosa A. Araujo
17 Dunsmuir Street
San Francisco, CA 94134

Kelly Andrew Beall
Wolfe & Wyman LLP
5 Park Plaza
Suite 1100
Irvine, CA 92614

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk